United States Courts
Southern District of Texas
FILED
JUN 14 2019
David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

for the

__________ District of __________

__________ Division

Dorothy Denise Hall
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Arkema, Team industrial services
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 19 CV 2164
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Dorothy Hall, Denise |
| Street Address | 4907 Cattery Creek DR |
| City and County | Houston, Harris |
| State and Zip Code | Texas, 77053 |
| Telephone Number | 832-301-2672 |
| E-mail Address | dorothy.denise@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Arkema inc. |
| Job or Title *(if known)* | |
| Street Address | 9502 Bayport Blvd |
| City and County | Pasadena, Harris |
| State and Zip Code | Texas, 77507 |
| Telephone Number | 713-751-7285 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Team industrial services |
| Job or Title *(if known)* | maintenance & repair services (inspection company) |
| Street Address | 13131 Dairy Ashford Rd. |
| City and County | Sugarland, Fort bend |
| State and Zip Code | Texas, 77478 |
| Telephone Number | 281-240-0890 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII, fifth amendment, and fourteenth Amendment

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Dorothy Hall, is a citizen of the State of *(name)* Texas.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______, is a citizen of the State of *(name)* ______. Or is a citizen of *(foreign nation)* ______.

b. If the defendant is a corporation

The defendant, *(name)* Arkema, is incorporated under the laws of the State of *(name)* Pennsylvania, and has its principal place of business in the State of *(name)* Texas.

Or is incorporated under the laws of *(foreign nation)* __________, and has its principal place of business in *(name)* __________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

2.5 million dollars due to Sexual harrasment, Sex & gender discrimination, Retaliation, intrusion of solitude, loss wages, mental anguish and pain and suffering.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(III) Page 4

2. Continued. . . .

(2B) If defendant is a Corporation

The defendant (name) Team industrial Services, is incorporated under the laws of the state of (name) Texas, and has its principal place of business in the State of (name) Texas.

III State of Claim

Defendant # 1 Arkema

1. Sometime in the summer of 2017 either may or June. I was sexually harrassed verbally by a Co-work Donald. Donald made a direct Statement about my butt. In which it was over heard by a supervior Steven Pittman. Steven immediately came out to address the situation but dondald had quickly exited the room. Steven then asked me "Did i hear what i think i just hear"? I then responded "Yes Sir", in Shock. Steven went to talk to Ken Joiner (maintanance manager). He then explained to him what happened. Ken & Steven asked me to write a statement and to call my Supervior at the time Shawn Mullins (whom is now the district manager of Team). Ken asked me what i wanted to be done about the Situation, I said whatever needs to be done. Steven Spoke out again saying "If this happened to my wife or daugther I would be pissed". I wrote a statement at Moses Korman computer and submit it to my team lead (Supervior on site Moses Korman) After that nothing else came of the situation.

2. On March 1, 2018 my privacy was invaded by moses Korman and Adeniyi Buraimoh. I was writting in my personal diary about Some events that had been happening to me over time while at Arkema. While writting on that day, the only people present at the time of my writting were myself, moses & Adeniyi (AB). These two guys noticed me writting in my diary and began whispering to one another. Out of my peripheral vision I seen AB point at what I was doing, he then whispered Something to moses and moses looked over and whisphered Something back. Moses was standing at AB's desk across the way from mine, Moses turn to grab a binder from behind on the book case and went to his seat, he then Came back but this time to my desk, He asked me to fill out a safety meeting sheet for January. Which I knew he was at that point trying to figure out what I was writting. I signed it and gave it back he then went to Ab, seconds later he came back to me. I closed my book & told him in a sharp tone "Is this all the paper work you need me to sign" He then said "Wow why so upset", I responded

Continued....

"Please dont do that, acting as if im being hostile"; is that all"? He responded "yes you dont have to be crazy". and walked away. I proceeded to write. After I was done I placed it in my purse (my diary) and I started to get ready for lunch, Ab was seating at his desk, and moses was at his in front of mine (we sat a cubicals but my desk was open to Abs vision and closed off from Moses). I went to rest room came back and the two were gone. I left to get lunch, when I was on my way back. Ken (maintanence manager called me asking where I was I told him and he asked why I didnt go w/ ab & moses, I told him I wanted to go out alone. He said okay., 10 mins later I arrived back at arkema, I seen ken, he spoke to me and I badged in and went back into the building. I sat there at my desk and noticed my purse had been moved. I immediately checked my purse and felt shocked. I sat and wondered my was my purse moved, about 5 minutes later Antonio (an employee of Turner ind.) ask rosa (Turner employee) did she make a copy, she said no that maybe Dorothy's. (Antonio then walk to my side of the cubical area) when came about my heart dropped

Continued.

At that moment I knew something wasnt right because I didnt use a computer that day or the printer. When he came to ask me was the paper mine, it was, (I knew Moses and AB went into my purse) I told him yes took the paper and sat at my desk. I noticed AB was looking over in my direction off and on and he was nervous I waited a momment before confronting the two. I asked both of the who went in my purse they both ignored me, this time I raised my voice and asked again the both jumped up asking me to calm down, I said I asked nicely the first time. AB then stated nobody went into your purse and made copies of your book. I turned to him and said Thank you, I never said you did, I only asked who went in my purse I didnt say for what, as I was walking away AB forcefully grabbed me asking me to go outside so we could talk, I pulled away after a bit of tug of war w/my arm I told him No, you could have to talk to me before going into my purse. (He never denied the claim either) He started to walk behind me say "please dont, do this to us", while I was walking

Continued to page:

towards kens office to tell him what happened, I reported the issue, my Superior came an hour later (Shawn mullins). No statements were taken, called hr they did not show up. Monday Ken asked me to come to his office after I came back from my company office, I did, where he explained to me that he felt it was best I leave the site, he made multiple senario as to why I should of leave, 1st one was so I could get a fresh start else where since I didnt trust AB $ moses. #2 was because how I reacted about some one going in my purse invading my privacy. #3 he stated Steven Pittman and hiself talked $ Steven said this was the second incident that happened to me and that I was a liability to Arkema if I stayed.

3. This is when the retaliation began. (March 5, 2018) I told him I can just do my work and not talk to Moses and AB only for business purposes, he said I just think its best you leave baby girl, he contacted Shawn mullins and said He feels that its best if left based on the conversation he and Shawn had the other day.

4. Moses Kormah had failed a drug test and by disa could not return to work. following that TEAM Hr Department fired moses kormah. moses wrote a letter to Ken Joiner, Steven pittman, Shawn mullins and Dan boyle, stating he never failed a drug test before and that was his first time failing one. He also stated in the letter that his doctor gave him a right to take some one else's Tylenol #3 also known as Tylenol with codeine. OThers from Team could not get their Jobs back after failing a drug test. Moses was hired from the louisana office and allowed back at Arkema. I belive I was gender/Sexually discriminated against because I lost my job reporting moses and AB to (Arkema) Ken Joiner about my invasion of privacy (intrusion of solitude) they did to me, as a victim and was asked to leave by Arkema (Ken joiner)

5. Dealing with all of this has caused me a great deal of depression, no one took care of the situation, it cause me not to want to get out of bed and go to work. I felt embrassed to lose my postion as a nested contractor, I was scared to report anything else because

Continuing.

They will just brush it off like They did both Situations out at Arkema. The mental anguish ive endure is very detrimental to me still. It hurts as a woman knowing that if you report any wrong doing it will cause you your job.

6. Ive Suffered loss wages due to losing my nested position at Arkema. I Now have to go plant to plant to get work to support my livelihood because I go weeks at a time without work, Stressing if I would be able to pay my bills on time. as well having to possibly go into my 401K and get a loan and/or hard ship just to get by until the next job comes about.

7. These Situations Cause me a great deal of pain and suffering. Its been hard for me after these events accord in my life, so much that I fear for my job more and more each day since the events. It makes me feel like I Should leave this industry all together

III State of Claim.

Continuing...

due to the lack of respect I feel as a woman, in this field that Arkema and Team has caused me.

IV. Relief

I would like Arkema in to have Sensitivity ~~training~~ training for all employees, As well Sexual harassment training. Im further asking to be compensated for loss wages in the amount of or about $3,360.00. In addition Im seeking relief for continued sexual harassment, sex & gender discrimination, retaliation, intrusion of solitude, mental anguish and pain and suffering. As well as punitive and/or exemplary damages ordered or/and awarded to by this court.

Team industrial services

page 1 OH

B. The Amount in controvery OH
1.5 millon dollars OH due to sex/gender discrimination, intrusion of solitude, loss wages, mental anguish and pain $ suffering.

OH III Stat of Claim
Team industrial services.
I Intrustion of solitude happened when AB (Adeniyi Buriamoh) and moses Kormah went into my purse and made copies of my personal diary. with out my consent and/or knowledge. When Confronted they both ignored me the first time I asked OH. The second time I had to raise my voice to get a response, AB then said OH then said calm down, I told him NO! Who went in my purse. AB replied we didnt go in your purse to make copies of your diary. I told him thank you because I never said why. I just said who went in my purse. They were the only two in the office that day on our side of the cubicals, the others were outside all day (The Turner employees) that sat in our area so I



VII Stat of Claim continued.... pg 2
TEAM industrial Services
knew it was these two.

II. Ive then loss wages by not staying employed like i would've if i were a rested employee. Ive gone weeks w/out working and scared i wouldnt pay my bills on time, As well fearing to go into my 401k for a loan or hardship just to stay a float from defaulting in bills.

III State of Claim (continued...)
Team industrial Services-



III The sex/gender discrimination from Team industrial Services happened on March 1st, when two of my cowurks invaded my privacy by going into my purse and making copies of my personal diary. After reporting the two to the maintenance supervisor at Arkema (Ken Joiner) Team supervisor (Shawn mullins) nothing was done. I reported the situation to HR "Mep Reyes) manager, he advised me to talk to my supervisor again instead of taking action and coming to get statements from everyone involved.

On multiple accounts AB would tell me I shouldn't be in this industrial because it wasn't a place for a woman. He told me I should do safety if I stay in the industry or go to retail. I reported this to Moses and he would tell him over and over to stop telling me things like that, and that he couldn't say things like that to me. AB would reply well its true.

III State of Claim
Team

IV. I fear of reporting anything else to Team because they failed to take care of the situation at Arkema. It has caused me a great deal of sadden, depression, and distress. I dont feel safe in my element of work, I dont feel respected anymore, I fear that if anything else happen and I report it I may lose my job cause pain and suffering.

IV. Relief

I would like Team of industrial services to have sensitivity training for all employees, Im further requesting to be compensated for loss wages in the amount of or around $3,360.00. In addition Im seeking relief for continued sex/gender discrimination, intrusion of solitude, mental anguish, pain & suffering and punitive and/or exemplary damages ordered and/or award by this court.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/14/19

Signature of Plaintiff [signature]

Printed Name of Plaintiff Dorothy Hall

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address