# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **DOROTHY DENISE HALL,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | C.A. No. 4:19-CV-02164 |
| | § | |
| **ARKEMA INC. and** | § | |
| **TEAM INDUSTRIAL SERVICES, INC.,** | § | |
| | § | |
| *Defendants.* | § | (JURY TRIAL DEMANDED) |

## ORDER ON PLAINTIFF'S <u>OPPOSED</u> MOTION TO COMPEL DEFENDANT TEAM'S DISCOVERY RESPONSES AND MOTION TO EXCEED THE COURT'S INITIAL DISCOVERY LIMITATIONS

CAME ON THIS DAY TO BE CONSIDERED, Plaintiff's <u>Opposed</u> Motion To Compel Defendant Team's Discovery Responses and Motion To Exceed the Court's Initial Discovery Limitations and the Court, after reviewing the moving papers and any responses thereto, is of the opinion that:

IT IS ORDERED that Plaintiff's <u>Opposed</u> Motion To Compel Defendant Team's Discovery Responses and Motion To Exceed the Court's Initial Discovery Limitations is GRANTED. Defendants Team is hereby compelled to provide responses to Plaintiff's discovery requests

_____

_____

by _____, 2020.

Furthermore, Plaintiff shall be allowed to take additional oral depositions as follows:

_____

_____

by _____, 2020.

Signed on this _____ day of _____, 2020.

                                                                _____

                                                                    PRESIDING JUDGE