IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DOROTHY DENISE HALL, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No.: 4:19-cv-02164 |
| | § | |
| ARKEMA, INC. & TEAM INDUSTRIAL SERVICES, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

This matter is before the Court on Plaintiff's Motion to Compel Defendant Team's Discovery Responses (Dkt. 74, as amended 80) and Team's letter requesting a telephone conference with the Court to discuss outstanding discovery from Plaintiff. Dkt. 87. The Court heard argument on the record on September 9, 2020. The parties represented at the hearing that they had narrowed the issues remaining for resolution by the Court. The Court granted in part and denied in part the parties' narrowed requests as stated on the record. Specifically, it is

ORDERED that counsel for Team shall investigate (1) the number of Arkema facilities in the greater Houston area; (2) the existence of separate billing rates for each of those facilities; (3) Team's ability to identify the total number and name of level 2 technicians at each Houston-area facility during the time period December 2016 through March 2018; and (4) Team's ability to identify the certifications held by each level 2 technician identified in item 3. Counsel for Team shall also confirm that the 2013 billing agreement between it and Arkema (which has been

1

produced to Plaintiff) is the version of the agreement in place at the time of Plaintiff's employment and that all updates and amendments to the billing agreement have been produced. It is further

ORDERED that on or before September 16, 2020 Team shall file a report confirming it has complied with this order and describing the results of its investigation. Thereafter the Court will determine whether an order compelling additional document production or a Rule (30)(b)(6) deposition is appropriate. It is further

ORDERED that Plaintiff shall review all Plaintiff's Facebook posts from December 2016 through March 2018 and must produce any posts related to Plaintiff's emotional well-being, claims of discrimination or harassment, and financial damages. Plaintiff also shall review the five pages of text messages previously produced without date, time, or recipient information and shall provide the telephone number of the sender or recipient and screen shots of the text messages nearest in time in order to give some idea of when the test message was sent or received by Plaintiff.

All other requested relief is denied at this time.

Signed on September 09, 2020, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge