You agree that the therapist shall not be called as a witness at any court hearing or trial, arbitration, mediation or before any other tribunal. To the extent that the therapist is compelled to testify as a witness by a judge, the client(s) agree to pay 5x the hourly rates plus reasonable expenses incurred including travel time, travel fees, written reports and telephone consultations. Participation by your therapist in court proceedings is highly discouraged and may not always be beneficial to your own case. In fact, it oftentimes can take away from the benefits of therapy. If you need a referral to a therapist that provides expert testimony or witness, we would be happy to provide you with a list.:

My signature below indicates that i have read, fully understand and received a copy of this Consent for Treatment Form.

Client Signature:

Date:

Parent/Guardian Signature:

Date::



EXHIBIT B