**From:** Julie Ung <julie@magnoliatherapist.com>
**Sent:** Friday, November 19, 2021 9:55 AM
**To:** Kiefer, Mario <mkiefer@seyfarth.com>
**Subject:** invoice for Magnolia Counseling of Pearland

**[EXT. Sender]**

Mike,

We spoke the other day re: the case Yesenia Bertl got pulled into. Attached is the invoice. Can you let me know if you want to pay by cc or check?

If check, please make it out to Magnolia Counseling of Pearland. Address is 11200 Broadway Suite 2743, Pearland, Tx 77584. Let me know when you mail it out please so we can keep an eye out. Thanks!

Warmly,

Julie Ung LMFT-S, LPC-S

Magnolia Counseling of Pearland [magnoliacounselingofpearland.com]

Missouri City Family Counseling [missouricityfamilies.com]

281-306-3762

--

Warmly,

Julie Ung LMFT-S, LPC-S



EXHIBIT C

**From:** Julie Ung <julie@magnoliatherapist.com>
**Sent:** Monday, November 29, 2021 2:32 PM
**To:** Rogers, Vanessa <vrogers@seyfarth.com>
**Cc:** Kiefer, Mario <mkiefer@seyfarth.com>
**Subject:** Re: invoice for Magnolia Counseling of Pearland

**[EXT. Sender]**

Thank you Vanessa. I look forward to hearing from you.

On Wed, Nov 24, 2021 at 2:10 PM Rogers, Vanessa <vrogers@seyfarth.com> wrote:

Julie,

I am the attorney on this case and am reviewing the invoice. Please direct correspondences regarding the attached invoice to me. I'll be in touch next week after the holidays.

Thanks,

Vanessa

**Vanessa Rogers** | Associate | Seyfarth Shaw LLP
700 Milam St. | Suite #1400 | Houston, Texas 77002-2812
Direct: +1-713-860-0054 | Fax: +1-713-821-0703
vrogers@seyfarth.com | www.seyfarth.com



Cc: Kiefer, Mario <mkiefer@seyfarth.com>
Subject: Re: invoice for Magnolia Counseling of Pearland

[EXT. Sender]

Thanks for the follow up Vanessa. Attached is a revised invoice for time spent on the case for this year and last by Ms. Bertl. Any additional time from this date forward will be billed separately.

I also attached the receipt that shows expenses to mail out the notarized affidavit requested and sent to Mario.

On Tue, Dec 7, 2021 at 12:30 PM Rogers, Vanessa <vrogers@seyfarth.com> wrote:

Hi Julie,

Thanks for taking my call today and looking into our request to for a revised invoice. We believe the clinician hourly court fees (which is 5 times Ms. Bertl's standard clinical rate) is excessive and similarly, that we should not be required to pay for time Ms. Bertl spends consulting with her lawyers. Additionally, time spent preparing documents in responses to a subpoena should only be charged reasonable clerical costs (not clinician costs).

Please discuss with Ms. Bertl and get back with us at your earliest convenience.

Best,

Vanessa

**Vanessa Rogers** | Associate | Seyfarth Shaw LLP
700 Milam St. | Suite #1400 | Houston, Texas 77002-2812
Direct: +1-713-860-0054 | Fax: +1-713-821-0703
vrogers@seyfarth.com | www.seyfarth.com



From: **Rogers, Vanessa** <vrogers@seyfarth.com>
Date: Tue, Dec 7, 2021 at 3:59 PM
Subject: RE: invoice for Magnolia Counseling of Pearland
To: Julie Ung <julie@magnoliatherapist.com>
Cc: Kiefer, Mario <mkiefer@seyfarth.com>


Thanks, Julie.



**Vanessa Rogers** | Associate | Seyfarth Shaw LLP
700 Milam St. | Suite #1400 | Houston, Texas 77002-2812
Direct: +1-713-860-0054 | Fax: +1-713-821-0703
vrogers@seyfarth.com | www.seyfarth.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Julie Ung <julie@magnoliatherapist.com>
**Sent:** Tuesday, December 7, 2021 3:42 PM
**To:** Rogers, Vanessa <vrogers@seyfarth.com>

1

# MAGNOLIA COUNSELING
## OF PEARLAND

11200 Broadway Street Suite 2743, Pearland, TX 77584, 281-937-4139 (p)

# INVOICE Attention: Mario Kiefer

700 Milam St. | Suite #1400 | Houston, Texas 77002-2812
Direct: +1-713-238-1852
mkiefer@seyfarth.com | www.seyfarth.com

Court related fees for Yesenia Bertl, LMFT-S
Revised Invoice date: 12/7/2021

|  |  |  |  |
|---|---|---|---|
| Record production/page | 2 | $0.50 | 1.00 |
| Clinician Hourly Court Fees | 2 | 405 | 810.00 |
| Shipping plus materials | 1 | 18.86 | 18.86 |
|  |  | Total | 829.86 |