UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| **DOROTHY DENISE HALL** § | |
| § | |
| *Plaintiff,* § | |
| v. § | Civil Action No.: 4-19-cv-002164 |
| § | |
| **ARKEMIA INC., AND** § | |
| **TEAM INDUSTRIAL SERVICES, INC.,** § | |
| *Defendants.* § | |

### ORDER GRANTING NON-PARTY YESENIA P. BERTL'S OBJECTIONS AND MOTION TO QUASH DEFENDANT'S SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION AND NOTICE OF DEPOSITION

BE IT REMEMBERED that on this day came on to be considered NON-PARTY **YESENIA P. BERTL'S** Objections and Motion to Quash Defendant's Subpoena to Testify at Deposition in a Civil Action and Notice of Deposition of Yesenia P. Bertl, and the Court, having considered same and the arguments of counsel is of the opinion that said Motion is good and should be granted. It is, therefore,

ORDERED, ADJUDGED and DECREED that Defendant's Subpoena to Testify at Deposition in a Civil Action and Notice of Deposition of **YESENIA P. BERTL** scheduled for December 20, 2021 at 9:00 a.m. at Seyfarth Shaw LLP, 700 Milam Street, Suite 1400, Houston, Texas 77002, is hereby QUASHED.

SIGNED this _____ day of _____, 2021.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

MILLER, SCAMARDI & CARRABBA, P.C.

BY: /s/ Joanna F. Miller
    David L. Miller
    Fed. ID:  8833
    SBN: 14067300
    Joanna F. Miller
    Fed. ID:  16539
    SBN: 00784603
    6525 Washington Avenue
    Houston, Texas 77007-2112
    TEL: (713) 861-3595
    FAX: (713) 861-3596
    E-SERVICE: e-service@msc-lawyer.com

**ATTORNEYS FOR NON-PARTY,
YESENIA P. BERTL**